No. 78–1651. SEATRAIN SHIPBUILDING CORP. ET AL. v. SHELL OIL CO. ET AL. C. A. D. C. Cir. Certiorari granted.

No. 78–1756. UNITED STATES v. MITCHELL ET AL. Ct. Cl. Certiorari granted.

No. 78–1261. CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. v. GREEN, ADMINISTRATRIX. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 78–1487. FORD MOTOR CREDIT CO. ET AL. v. MILHOLLIN ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed in forma pauperis and certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–1557. NACHMAN CORP. v. PENSION BENEFIT GUARANTY CORPORATION ET AL. C. A. 7th Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 78–1303. CHISNELL v. CHISNELL. Ct. App. Mich. Certiorari denied.

No. 78–1397. MALLERY v. BLACKBURN, WARDEN. Sup. Ct. La. Certiorari denied.

No. 78–1457. RICHARDSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–1486. MITCHELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1505. GIACALONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.